IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–03160–MSK–KMT

TONIA MEAUX, and
JAMIE MEAUX,

    Plaintiffs,

v.

WAL-MART STORES, INC., a corporation incorporated under the laws of the State of Arkansas and doing business in the State of Colorado,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Stipulated Motion to Amend Scheduling Order and Reschedule Settlement Conference" (Doc. No. 17, filed Sept. 15, 2011) is GRANTED in part. The court finds that Plaintiff Tonia Meaux's imminent back surgery warrants extending the discovery deadlines and presents the court with ample good cause for extending the dispositive motions deadline. Accordingly, the Discovery Cut-off is reset for April 30, 2012. The Dispositive Motions Deadline is reset for June 1, 2012. The Expert Witness Disclosure Deadline is reset for February 28, 2012, and the Rebuttal Expert Witness Disclosure Deadline is reset for March 30, 2012. A Settlement Conference will not be set at this time.

Dated: September 19, 2011