IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–03160–RBJ–KMT

TONIA MEAUX, and
JAMIE MEAUX,

     Plaintiffs,

v.

WAL-MART STORES, INC., a corporation incorporated under the laws of the State of Arkansas and doing business in the State of Colorado,

     Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The parties' "Stipulated Motion to Amend Caption" (Doc. No. 24, filed Nov. 10, 2011) is GRANTED. The Clerk of Court is directed to amend the caption in this case by substituting "Walmart Stores, a Delaware Corporation" in place of "Wal-Mart Stores, Inc., a corporation incorporated under the laws of the State of Arkansas and doing business in the State of Colorado."

Dated: November 14, 2011