IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–03160–RBJ–KMT


TONIA MEAUX, and
JAMIE MEAUX,

      Plaintiffs,

v.

WAL-MART STORES, INC., a Delaware corporation,

      Defendant.

---

## MINUTE ORDER

---

## ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

The parties' "Second Stipulated Motion to Amend Scheduling Order" (Doc. No. 28, filed Feb. 24, 2012) is GRANTED. The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) no later than June 18, 2012. The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) no later than July 25, 2012. The Discovery Cut-Off is extended to July 30, 2012 and the Dispositive Motions Deadline is extended to October 1, 2012.

Additionally, the court notes that, notwithstanding the court's prior order granting the parties' motion to amend the caption (Doc. No. 26, filed Nov. 14, 2011), in their present Motion, Defendant is still reflected as "Wal-Mart Stores, Inc., a corporation incorporated under the laws of the State of Delaware and doing business in the State of Colorado," rather than "Walmart Stores, a Delaware Corporation." The court also notes that, notwithstanding the fact that this case was reassigned to District Judge R. Brooke Jackson on September 26, 2011 (Doc. No. 20), the caption in the parties' motion incorrectly includes the initials "MSK" rather than "RBJ." All future filings must include a caption that correctly reflects the proper parties and the initials of the assigned district judge.

Dated: February 27, 2012