IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03160-RBJ-KMT

TONIA MEAUX and JAIME MEAUX,

    Plaintiffs,

v.

WAL-MART STORES, INC., a Delaware Corporation,

    Defendant.

## ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE ONLY AS TO PLAINTIFF JAMIE MEAUX'S SECOND CLAIM FOR RELIEF

THE COURT, having reviewed the Stipulation for Dismissal With Prejudice Only as to Plaintiff Jamie Meaux's Second Claim for Relief (the "Stipulation") submitted pursuant to FED.R.CIV.P.41(a)(1)(ii) by Plaintiff Jamie Meaux and Defendant Wal-Mart Stores, Inc., a Delaware corporation, being fully advised in the premises and for good cause shown therefor, it is HEREBY

ORDERED that the Stipulation is hereby and shall be GRANTED. Plaintiff Jamie Meaux's Second Claim for Relief for Loss of Consortium is hereby DISMISSED *with prejudice*, with each Party responsible for its/his own attorneys' fees and costs in connection with the Second Claim for Relief only.

DONE this 23rd day of July, 2012.

BY THE COURT:

*[signature: Brooke Jackson]*

_____

R. Brooke Jackson
United States District Judge