IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 10-cv-03160-RBJ-KMT

TONIA MEAUX, and
JAMIE MEAUX,

    Plaintiff,

v.

WALMART STORES, INC., a Delaware corporation,

    Defendant.

---

ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

---

THE COURT, having reviewed the Stipulation for Dismissal With Prejudice (the "Stipulation") submitted pursuant to FED. R. CIV. P. 41(a)(1)(ii) by Plaintiff Tonia Meaux and Defendant Wal-Mart Stores, Inc., being fully advised in the premises and for good cause shown therefor, it is HEREBY

ORDERED that the Stipulation is hereby and shall be GRANTED. This action and all claims asserted therein are hereby DISMISSED *with prejudice*, with each Party responsible for its/his/her own attorneys' fees and costs.

DATED this 25th day of June, 2013.

                                                  BY THE COURT:

                                                _____
                                                R. Brooke Jackson
                                                United States District Judge